**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jamal MITCHELL, a/k/a Boo,
Defendant—Appellant.**

**No. 04–6895.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2004.

Decided Nov. 12, 2004.

Jamal Mitchell, Appellant pro se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jamal Mitchell appeals the district court's order denying his motion for return of real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mitchell,* No. CR–02–25 (E.D. Va. filed May 5, 2004 & entered May 6, 2004). We deny Mitchell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*